F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 3 1 2016
JEFFREY P. ALLSTEADT, CLERK

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_NORTHERN_ District of _ILLINOIS_

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | _ALBERT_<br>First name<br>_MICHAEL_<br>Middle name<br>_ROSSINI_<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _1_ _6_ _1_ _1_<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1   _ALBERT  MICHAEL  ROSSINI_
            First Name    Middle Name    Last Name

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

_COMPREHENSIVE PROPERTIES_
Business name

_DEVON STREET INVESTMENTS_
Business name

EIN ___ — ___ ___ ___ ___ ___ ___ ___

EIN ___ — ___ ___ ___ ___ ___ ___ ___

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

EIN ___ — ___ ___ ___ ___ ___ ___ ___

EIN ___ — ___ ___ ___ ___ ___ ___ ___

**5.** **Where you live**

_5211  OLD ORCHARD RD_
Number    Street

_#121_

_SKOKIE_        _IL_  _60076_
City          State   ZIP Code

_COOK_
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_P.O. BOX 517_
P.O. Box

_WINNETKA_      _IL_  _60093_
City          State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City          State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City          State   ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

Check one:

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Debtor 1    *Albert Michael Rossini*

First Name    Middle Name    Last Name    Case number (if known)_____

---

## Part 2:    Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ❑ Chapter 7
- ☒ Chapter 11
- ❑ Chapter 12
- ❑ Chapter 13

**8. How you will pay the fee**

❑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☒ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ❑ No
- ☒ Yes.    District *NORTHERN*    When *02/09/2016*    Case number *16-05382*
                                              MM / DD / YYYY
          District *NORTHERN*    When *01/14/2016*    Case number *16-01067*
                                              MM / DD / YYYY
          District _____    When _____    Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ❑ Yes.    Debtor _____    Relationship to you _____
          District _____    When _____    Case number, if known_____
                                              MM / DD / YYYY

          Debtor _____    Relationship to you _____
          District _____    When _____    Case number, if known_____
                                              MM / DD / YYYY

**11. Do you rent your residence?**

- ❑ No.    Go to line 12.
- ☒ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    ☒ No. Go to line 12.

    ❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 3

Debtor 1  _ALBERT MICHAEL ROSSINI_

First Name    Middle Name    Last Name

Case number (if known)_____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☒ Yes. Name and location of business

_Comprehensive Properties_
Name of business, if any

_3924 West Devon Street_
Number    Street

_#200_

_Lincolnwood_              _IL_      _60712_
City                                  State    ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☒ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☒ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number        Street

_____

_____
City                              State    ZIP Code

---

Debtor 1    Albert    Michael    Rossini

First Name    Middle Name    Last Name

Case number (if known)_____

---

<table>
<tr><td>**Part 5:**</td><td>**Explain Your Efforts to Receive a Briefing About Credit Counseling**</td></tr>
</table>

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    *Albert Michael Rossini*

First Name    Middle Name    Last Name

Case number *(if known)* _____

---

**Part 6:    Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____    X _____

Signature of Debtor 1    Signature of Debtor 2

Executed on *08/29/2016*    Executed on _____
MM / DD / YYYY    MM / DD / YYYY

---

Debtor 1   *ALBERT  MICHAEL  ROSSINI*
           First Name   Middle Name   Last Name

Case number (if known)_____

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☒ No
☐ Yes. Name of Person_____
        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _*Albert Michael Rossini*_           X _____
Signature of Debtor 1                    Signature of Debtor 2

Date   *08/29/2016*                      Date   _____
       MM / DD / YYYY                           MM / DD / YYYY

Contact phone  *847-471-2250*            Contact phone _____

Cell phone  *847-471-2250*               Cell phone _____

Email address *bertrossini4@aol.com*     Email address _____

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | ALBERT MICHAEL ROSSINI |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: NORTHERN District of ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................... $ 345,000

   1b. Copy line 62, Total personal property, from *Schedule A/B* ................................... $ 7,008,650

   1c. Copy line 63, Total of all property on *Schedule A/B* .......................................... $ 7,353,650

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 275,000

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......................... $ 850,000

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................... + $ 5,000,000

   **Your total liabilities** $ 6,125,000

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ............................................. $ 7,782

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* .................................................. $ 3,040

Debtor 1  *ALBERT  MICHAEL  KOSSOW*
     First Name     Middle Name     Last Name

Case number *(if known)*_____

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☒ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

    $ *7,782*

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F.*

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ *0* |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ *850,000* |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ *0* |
| 9d. Student loans. (Copy line 6f.) | $ *0* |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ *0* |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ *0* |
| 9g. **Total.** Add lines 9a through 9f. | $ *850,000* |

**Fill in this information to identify your case and this filing:**

Debtor 1 _ALBERT   MICHAEL   ROSSINI_
          First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _NORTHERN_ District of _Illinois_

Case number _____

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 _4321 S. MARSHFIELD_
Street address, if available, or other description

_____

_CHICAGO   Il   60609_
City       State   ZIP Code

_COOK_
County

**What is the property?** Check all that apply.
☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$ _75,000_         $ _75,000_

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property
(see instructions)

If you own or have more than one, list here:

1.2 _4045 W. WILCOX_
Street address, if available, or other description

_____

_CHICAGO   IL   60624_
City       State   ZIP Code

_COOK_
County

**What is the property?** Check all that apply.
☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$ _150,000_        $ _150,000_

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property
(see instructions)

1.3. *5410 W. FULTON*
Street address, if available, or other description

*Chicago    IL  60644*
City    State    ZIP Code

*Cook*
County

1.4.  *4033-4037 W. ADAMS*
*Chicago, IL 60624*
*MULTI FAMILY - LAND*

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☒ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ *75,000*

**Current value of the portion you own?** $ *75,000*

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

*45,000*    *45,000*

- ☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ................................................................➔  $ *345,000*

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☒ Yes

3.1.  Make:    *DODGE*
Model:    *CALIBER*
Year:    *2008*
Approximate mileage:    *60,000*
Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ *4,000*

**Current value of the portion you own?** $ *2,000*

If you own or have more than one, describe here:

3.2.  Make:    _____
Model:    _____
Year:    _____
Approximate mileage:    _____
Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ _____

**Current value of the portion you own?** $ _____

3.3.  Make:              _____

      Model:             _____

      Year:              _____

      Approximate mileage: _____

      Other information:

      [                              ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

3.4.  Make:              _____

      Model:             _____

      Year:              _____

      Approximate mileage: _____

      Other information:

      [                              ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☒ No
    ☐ Yes

4.1.  Make:              _____

      Model:             _____

      Year:              _____

      Other information:

      [                              ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2.  Make:              _____

      Model:             _____

      Year:              _____

      Other information:

      [                              ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................... →  $ 21,000

## Part 3:   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe.........   BOOKCASE, KiTCHENWARE, CHAIRS, CAbiNeTs    $ 1,500

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe.........   TELEVISION, RADIO, STEREO, LApTop, PRiNTER, SCANNER, CELLpHONE    $ 1,500

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☒ Yes. Describe.........   BOOKs, PiCTuRES    $ 500

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes. Describe.........   Pullup bAR Pushup BARs, Weights    $ 150

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.........    $ _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe.........   SuiTs, SlACks, SHiRTs, UNdERWEAR, SHoES,    $ 1,000

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☒ No
☐ Yes. Describe.........    $ _____

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe.........    $ _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information. .............    $ _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .........................................➔    $ 4,650

---

**Part 4:** **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes.................................................................................................................. Cash: ............. $ _____30_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | U.S. BANK | $ 1,500 |
| 17.2. Checking account: | _____ | $ _____ |
| 17.3. Savings account: | _____ | $ _____ |
| 17.4. Savings account: | _____ | $ _____ |
| 17.5. Certificates of deposit: | _____ | $ _____ |
| 17.6. Other financial account: | _____ | $ _____ |
| 17.7. Other financial account: | _____ | $ _____ |
| 17.8. Other financial account: | _____ | $ _____ |
| 17.9. Other financial account: | _____ | $ _____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☒ Yes.................

Institution or issuer name:

ScottTRADE                                                               $ 9.94
_____                                                            $ _____
_____                                                            $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes. Give specific information about them......................

| Name of entity: | % of ownership: | |
|---|---|---|
| DEVON STREET REALTY LTD | 100 % | $ UNCERTAIN |
| HOYA PROPERTIES LTD | 100 % | $ |
| COMPREHENSIVE Properties, LTD | 100 % | $ |
| ROCKFORD COMMERCIAL MORTGAGE CO LTD | | |
| DEVON STREET INVESTMENTS, LTD | 100% | |

Debtor 1  _Hauer Michael Russ_____   Case number _(if known)_____
          First Name   Middle Name   Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific      Issuer name:
    information about
    them......................   _____   $_____
                                 _____   $_____
                                 _____   $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each         Type of account:        Institution name:
    account separately.

                         401(k) or similar plan:  _____   $_____

                         Pension plan:            _____   $_____

                         IRA:                     _____   $_____

                         Retirement account:      _____   $_____

                         Keogh:                   _____   $_____

                         Additional account:      _____   $_____

                         Additional account:      _____   $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes..........................   Institution name or individual:

                         Electric:                _____   $_____

                         Gas:                     _____   $_____

                         Heating oil:             _____   $_____

                         Security deposit on rental unit: _____   $_____

                         Prepaid rent:            _____   $_____

                         Telephone:               _____   $_____

                         Water:                   _____   $_____

                         Rented furniture:        _____   $_____

                         Other:                   _____   $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes..........................   Issuer name and description:

                         _____   $_____
                         _____   $_____
                         _____   $_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $_____
_____   $_____
_____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them....   [                    ]   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☒ Yes. Give specific information about them....   _DITTO TECHNOLOGIES_   $ _UNCERTAIN_

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them....   [                    ]   $_____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................

Federal:   $_____
State:   $_____
Local:   $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information.............

Alimony:   $_____
Maintenance:   $_____
Support:   $_____
Divorce settlement:   $_____
Property settlement:   $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information.............   [                    ]   $_____

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☒ No
   ☐ Yes. Name the insurance company
      of each policy and list its value. ...

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | _____ | _____ | $_____ |
   | _____ | _____ | $_____ |
   | _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☒ No
   ☐ Yes. Give specific information.............    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No
   ☒ Yes. Describe each claim. ...............    SEE ATTACHMENT    $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☒ No
   ☐ Yes. Describe each claim. ...............    $_____

35. **Any financial assets you did not already list**

   ☒ No
   ☐ Yes. Give specific information............    $_____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here ...............................................................................   →    $ UNCERTAIN

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ☒ Yes. Go to line 38.

   Current value of the portion you own?
   Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

   ☒ No
   ☐ Yes. Describe.......    $_____

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☐ No
   ☒ Yes. Describe.......    SCANNER, PRINTER, FURN, TILL, FILES    $    1,500

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No
☐ Yes. Describe...... $_____

41. **Inventory**
☒ No
☐ Yes. Describe...... $_____

42. **Interests in partnerships or joint ventures**
☒ No
☐ Yes. Describe.......

Name of entity:                          % of ownership:
_____      _____ %   $_____
_____      _____ %   $_____
_____      _____ %   $_____

43. **Customer lists, mailing lists, or other compilations**
☒ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes. Describe........ $_____

44. **Any business-related property you did not already list**
☒ No
☐ Yes. Give specific
   information .........
                       $_____
                       $_____
                       $_____
                       $_____
                       $_____
                       $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..................................→  $____0____

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples*: Livestock, poultry, farm-raised fish
☒ No
☐ Yes ................. $_____

48. **Crops—either growing or harvested**

☒ No
☐ Yes. Give specific information............ _____ $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes...................... _____ $_____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes...................... _____ $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information............ _____ $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ....................... → $_____

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information............

$_____
$_____
$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................... → $_____

---

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** .................................................... → $ 345,000

56. **Part 2: Total vehicles, line 5** $ 4,000

57. **Part 3: Total personal and household items, line 15** $ 4,650

58. **Part 4: Total financial assets, line 36** $ 1,000,000 UNDERTAIN

59. **Part 5: Total business-related property, line 45** $ 0

60. **Part 6: Total farm- and fishing-related property, line 52** $ 0

61. **Part 7: Total other property not listed, line 54** + $ 0

62. **Total personal property. Add lines 56 through 61.** .................. $ 8,650   Copy personal property total → + $ 8,650

63. **Total of all property on Schedule A/B. Add line 55 + line 62** ........................ $ 353,650

SCHEDULE A/B
ATTACHMENT

#33.  The basis of the $7,000,000 in assets claimed on these schedules and other
schedules in the petition are several lawsuits and potential complaints by
corporations owned by the debtor.

Devon Street Investments v. Thomas Murphy, et al., 13 CH 09502
Devon Street Investments et al v. ICG Properties, 2015 CH03141 and the successor
suit to be filed

Rockford Commercial Mortgage Company, Ltd. v. Ocwen Loan Servicing Corp et al, a
complaint to be filed based on fraudulent affidavits of title

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | _ALBERT_  _MICHAEL_  _ROSSINI_ |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: _NORTHERN_ District of _ILLINOIS_ | |
| Case number | |
| (If known) | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _2008 DODGE CALIBER_<br>Line from *Schedule A/B*: _3_ | $ _2,000_ | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1  ALBERT MICHAEL ROSSI
First Name   Middle Name   Last Name

Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: CLOTHES<br>Line from *Schedule A/B:* 11 | $ 1,000 | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: Exercise Equipment<br>Line from *Schedule A/B:* 9 | $ 150 | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: Collectibles<br>Line from *Schedule A/B:* 8 | $ 500 | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: Electronics<br>Line from *Schedule A/B:* 7 | $ 1,500 | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: Household Goods<br>Line from *Schedule A/B:* 6 | $ 1,500 | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: Claims to 3rd Parties<br>Line from *Schedule A/B:* 33 | $ UNCERTAIN | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Official Form 106C   Schedule C: The Property You Claim as Exempt   page 2 of 2

**Fill in this information to identify your case:**

Debtor 1   ALBERT   MICHAEL   ROSSINI
           First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS

Case number
(If known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**  **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1** LIAM BEN DAVID
Creditor's Name
c/o CHERYL FYOCK, ATTORNEY
Number   Street
55 W. MONROE ST #1100
CHICAGO, IL 60603
City   State   ZIP Code

Amount of claim: $ 275,000
Value of collateral: $ 270,000
Unsecured: 5,000

**Describe the property that secures the claim:**
4033-37 W. ADAMS, 4045 WEST WILCOX, 5410 W FULTON, CHICAGO

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  Aug. 2012

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

**2.2**
Creditor's Name

Number   Street

City   State   ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 275,000

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 1

Fill in this information to identify your case:

Debtor 1 _ALBERT_ _MICHAEL_ _ROSSINI_
First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _NORTHERN_ District of _ILLINOIS_

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|   |   | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** INTERNAL REVENUE SERVICE
Priority Creditor's Name
P.O. BOX 7346
Number    Street
CENTRALIZED INSOLVENCY OPR
PHILADELPHIA, PA 19101
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _1_ _6_ _1_ _1_    $ _510,000_ $_510,000_ $
When was the debt incurred? _1994-2015_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** FEDERAL PAYMENT LEVY
Priority Creditor's Name
PROGRAM STOP 686
Number    Street
P.O. BOX 57
BENSALEM, PA 19020
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _1_ _6_ _1_ _1_    $ _510,000_ $_510,000_ $
When was the debt incurred? _1994-2015_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Part 1: | Your PRIORITY Unsecured Claims – Continuation Page |
| --- | --- |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- |

---

**U.S. ATTORNEY NORTHERN**
Priority Creditor's Name

**219 S. DEARBORN ST.**
Number    Street

**#500**

**CHICAGO    IL    60604**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   1 6 1 1    $_____   $_____   $_____

When was the debt incurred?   **1995**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify _____

---

**STATE OF ILLINOIS**
Priority Creditor's Name

_____
Number    Street

_____

**SPRINGFIELD    IL**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

Last 4 digits of account number   1 6 1 1    $_____   $_____   $_____

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify _____

---

_____
Priority Creditor's Name

_____
Number    Street

_____

_____
City     State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify _____

---

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

### 4.1 AT&T WIRELESS

Nonpriority Creditor's Name

P.O. BOX 769

Number    Street

ARLINGTON, TEXAS    76004

City    State    ZIP Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  2016

When was the debt incurred?  AUG 2016

$ 2,225

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  CELLULAR PHONE SERVICE

---

### 4.2 AT&T

Nonpriority Creditor's Name

P.O. BOX 769

Number    Street

ARLINGTON, TEXAS    76004

City    State    ZIP Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  0524

When was the debt incurred?  JAN 2015

$ 532.41

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  TELEPHONE/INTERNET

---

### 4.3 SENIOR LIFESTYLE

Nonpriority Creditor's Name

33 N. DEARBORN #1910

Number    Street

CHICAGO, IL    60602

City    State    ZIP Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☒ Yes

Last 4 digits of account number  3403

When was the debt incurred?  APRIL 2015

$ 16,000

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  MOTHER IN LAW @ ASSISTED LIVING

---

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

---

**4.1**

**ALLY FINANCIAL**
Nonpriority Creditor's Name

**P.O. BOX 38091**
Number      Street

**BLOOMINGTON, MN     55438**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☒ Yes

Last 4 digits of account number  **7 7 8 4**

When was the debt incurred?  **JUNE, 2015**

**Total claim**  $ **8,000**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **AUTO LOAN**

---

**4.2**

**BARR MANAGEMENT LTD**
Nonpriority Creditor's Name

**707 LAKE COOK RD, #314**
Number      Street

**DEERFIELD, ILLINOIS   60015**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **2 2 4 7**

When was the debt incurred?  **MARCH, 2015**

$ **15,000**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **CHECK CASHED FOR CONSULTANT**

---

**4.3**

**COMCAST**
Nonpriority Creditor's Name

**2508 W. ROUTE 120**
Number      Street

**McHENRY, IL  60050**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **5 0 4 4**

When was the debt incurred?  **JAN, 2015**

$ **500**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **CABLE TV**

---

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- [ ] No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- [x] Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

### 4.1 EXTENDED STAY AMERICA
Nonpriority Creditor's Name
5211 OLD ORCHARD RD
Number     Street
SKOKIE   IL         60077
City                 State     ZIP Code

Last 4 digits of account number  **#13386 ROSSINI**
When was the debt incurred? **JULY-AUG 2016**      $ **4685.00**

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **RENT**

### 4.2 DEVON DROXEL REALTY GROUP
Nonpriority Creditor's Name
3924 WEST DEVON #202
Number     Street
LINCOLNWOOD, IL   60712
City                 State     ZIP Code

Last 4 digits of account number  **ROSS**
When was the debt incurred? **AUG 2016**      $ **1500.00**

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **RENT - OFFICE**

### 4.3
Nonpriority Creditor's Name

Number     Street

City                 State     ZIP Code

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  _____      $_____

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

In re Albert M. Rossini, _____

## CREDITORS HAVING UNSECURED CLAIMS

| | |
|---|---|
| Nicor Gas<br>P.O. Box 2020<br>Aurora, IL 60507<br>Account # 20-02-91-9625-8 | $ 26,15.34 |
| AT&T<br>c/o Bankruptcy Division<br>P.O. Box 769<br>Arlington, Texas 76004<br>773-685-4456-185-2 | $   128.53 |
| AT&T<br>c/o Bankruptcy Division<br>P.O. Box 769<br>Arlington, Texas 76004<br>847-446-0524-301 | $   532.41 |
| AT&T<br>c/o Bankruptcy Division/Wireless<br>P.O. Box 769<br>Arlington, Texas 76004<br>Account # 289782016<br>Account # 232046524396 | $ 1,871.00<br>$   632.84 |
| Pinnacle Management Services<br>830 Roundabout Suite B<br>West Dundee, IL 60118<br>Account # 33948608 | $    18.78 |
| IC Systems<br>444 Highway 96 East, P.O. Box 64378<br>St. Paul, MN 55164<br>Account:  Chicago Oral & Maxilofacial<br>Surgery Center # 122233 | $ 17,712.00 |
| Senior Lifestyle<br>c/o Koontz Shif & Nesbit<br>33 North Dearborn, Suite 1910<br>Chicago, IL 60602<br>Account # Autumn Green at Wright<br>Campus, 00010496, 90123403 | $ 16,000.00 |

1 of 15

| In Re Albert M. Rossini, | |
|---|---|
| Name, Address | |
| Ally<br>P.O. Box 380901<br>Bloomington, MN 55438<br>Account # 154918547784 | $ 8,000.00 |
| Barr Management, Ltd.<br>c/o Mages & Price LLC<br>707 Lake Cook Road, Suite 314<br>Deerfield, IL 60015<br>Account #M032315-200-2247 | $ 15,000.00 |
| Imperial Motors Jaguar<br>150 Skokie Highway<br>Lake Bluff, Illinois 60044<br>Account # 79646 | $ 9,521.50 |
| Comcast<br>1701 John F. Kennedy Boulevard<br>Philadelphia, PA 19103<br>Account # 8771-10-062-0135044<br><br>2508 W Route 120<br>McHenry, IL 60050<br>Account # 8771-10-062-0135044 | $   500.00 |
| Northwestern Medical Group<br>26609 Network Place<br>Chicago, IL 60673<br>Account # 001510624E | $   496.26 |
| American Modern Select Insurance Co.<br>P.O. Box 5323<br>Cincinnati, Ohio 45201<br>Account # Sani Insurance<br>0047517769 | $ 3,000.00 |
| Northwestern Lake Forest Hospital<br>660 North Westmoreland Road<br>Lake Forest, IL 60045<br>Account # 100568914 | $ 6,558.00 |

7 of 15

| | |
|---|---|
| Julie Mai Kirkel<br>c/o Donald B. Leventhal, Ltd.<br>20 North Clark Street, Suite 1725<br>Chicago, IL 60602 | $ 62,800.00 |
| Omnicare of Northern Illinois<br>8351 West Rockville Rd<br>Indianapolis, IN 46234<br>Account # 395616 | $ 1,835.77 |
| North Shore Gas<br>P.O. Box 19083<br>Green Bay, WI 54307<br>Account # 0-5000-4615-8573 | $ 500.00 |
| Arnold Scott Harris, P.C.<br>111 West Jackson Boulevard, Suite 600<br>Chicago, IL 60604<br>Account # 9185301358 | $ 300.00 |
| Presence Health<br>Presence Resurrection Medical Center<br>Patient Financial Services<br>621 17th Street, Suite 1800<br>Denver, CO 80293<br>Account # 009714002468 | $ 718.79 |
| American Chartered Bank<br>732 West Randolph Street<br>Chicago, IL 60607 | $ 35,000.00 |
| Doris Kling<br>% Lawrence Seiwert, Attorney at Law<br>33 North LaSalle Street, Suite 2200<br>Chicago, IL 60602-2616 | $ 70,000.00 |
| Kiet Dang & Huong Ngo<br>% J. Anthony Clark, Attorney at Law<br>25 East Washington, Suite 1332<br>Chicago, IL 60602-1878 | $150,000.00 |
| Beneta Badalian<br>% Mark Schramm, Attorney at Law | $ 70,000.00 |

| | |
|---|---|
| One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | |
| Kathy Khodi<br>% Tejal S. Desai, Attorney at Law<br>Latimer, Levay & Fyock, LLC<br>55 West Monroe Street, Suite 1100<br>Chicago, IL 60603-5128 | $1,300,000.00 |
| Henry Hormozian<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 145,200.00 |
| Benvar Lazar<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ $260,100.00 |
| Assyrian Evangelical Church<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 270,000.00 |
| Raymond Babaoghli<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 278,000.00 |
| Fereidoon Khoshabe<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 729,000.00 |
| Melinda Khoshabe<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 50,000.00 |
| Melita Khoshabe<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 50,000.00 |
| Vladimir Moghaddasi | $ 954,800.00 |

9 of 15

| | |
|---|---|
| % Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | |
| | |
| Katayoun Kazemi<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 110,000.00 |
| Nina Jozers<br>% Daspin & Aument<br>Robert Grabeman, Attorney at Law<br>227 West Monroe Street, Suite 3500<br>Chicago, IL 60606 | $253,000.00 |
| Nastors Moshi<br>2069 North 53rd Avenue<br>Glendale, Arizona 85308 | $620,000.00 |
| Albert Khamis<br>1712 South Lemon<br>Mesa, Arizona 85206 | $ 97,000.00 |
| Liam Ben David<br>% Cheryl Fyock, Attorney at Law<br>Latimer, Levay, & Fyock, LLC<br>55 West Monroe Street, Suite 1100<br>Chicago, IL 60603-5128 | $275,000.00 |
| Robert Badalian<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $900,000.00 |
| Awikwam Pithyou<br>6122 North Springfield Ave<br>Chicago, IL 60659 | $435,000.00 |
| Janet Khoshaba<br>8201 North Keating Ave<br>Skokie, IL 60076-2536 | $125,000.00 |
| | |

10 of 15

| | |
|---|---|
| In Re Albert M. Rossini, | |
| Ilias Bolos<br>% Gus Bahramis, CPA<br>1645 South River Road, Suite 17<br>Des Plaines, IL 60018 | $ 51,000.00 |
| Gus Bahramis, CPA<br>1645 South River Road, Suite 17<br>Des Plaines, IL 60018 | $ 37,500.00 |
| Havana Moshi<br>% Fidel Moshi<br>6911 West Howard Ave<br>Niles, IL 60714 | $ 75,000.00 |
| Valentina Moshi<br>% Fidel Moshi<br>6911 West Howard Ave<br>Niles, IL 60714 | $ 70,000.00 |
| Fidel Moshi & Moshi Moshi<br>6911 West Howard Ave<br>Niles, IL 60714 | $100,000.00 |
| John & Juliet Khoshaba<br>9630 Lowell Ave<br>Skokie, IL 60016-1153 | $125,000.00 |
| St. Odisho Church of the East<br>6201 North Pulaski<br>Chicago, IL 60646 | $300,000.00 |
| Goran Bosnjak<br>ABg HVAC Inc.<br>715 West Washington Ave<br>Lake Bluff, IL 60044 | $ 8,000.00 |
| PLS Financial Services, Inc.<br>One South Wacker<br>Chicago, IL 60606 | $ 2,500.00 |
| Devon Prosel Realty Group<br>3924 West Devon Street, Suite 202<br>Lincolnwood, IL 60712 | $ 40,000.00 |

11 of 15

| In Re Albert M. Rossini, | |
|---|---|
| Britt Carter & Company<br>1350 South Skokie, Blvd- HWY<br>Lake Forest, IL 60045 | $ 20,000.00 |
| North Shore Gas<br>P.O. Box 2589<br>Columbus, Ohio 43216<br>Account # 0500046158573<br>% CBCS #23431312 | $    500.00 |
| Freedom International Outreach<br>Ministries, Inc.<br>3145 West Flournoy Street<br>Chicago, IL 60612 | $ 18,000.00 |
| Devon McCormick Currency Exchange<br>3310 West Devon Ave<br>Lincolnwood, IL 60712 | $  2,000.00 |
| Alysia Recovery Systems<br>Stellar Recovery, Inc.<br>1327 Highway, 2 West 100<br>Kalespell, MT 59901 | $  5,000.00 |
| City of Chicago<br>400 West Superior Street<br>Chicago, IL 60601<br>Account # 1505268396 | $  1,750.00 |
| City of Chicago, Department of Police<br>Ordinance Violation<br>3510 South Michigan Ave<br>Chicago, IL 60653 | $  1,750.00 |
| Harris & Harris<br>111 West Jackson Boulevard, Suite 400<br>Chicago, IL 60604<br>Account # 26194515 | $ 11,000.00 |
| Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197<br>Account # 5889 | $    401.19 |

| In Re Albert M. Rossini, | |
|---|---|
| City of Chicago Department of Law<br>Attn: Gwendolyn Harris<br>121 North LaSalle Street, Suite 400<br>Chicago, IL 60602 | $  5,300.00 |
| Village of Riverdale<br>Hearing Division<br>157 West 144th Street<br>Riverdale, IL 60827 | $ 15,000.00 |
| State Farm Fire & Casualty<br>2702 Ireland Grove Road<br>Bloomington, IL 61709<br>(Premium Department) | $  7,500.00 |
| City of Chicago Department of Water<br>P.O. Box 6330<br>Chicago, IL 60680<br>Account # Hoya Properties | $ 17,500.00 |
| Sage Capital Recovery<br>1040 Kings Highway North<br>Cherry Hill, NJ 08034 | $  1,000.00 |
| Joseph Mann & Creed<br>8948 Canyon Falls Blvd #200<br>Twinsburg, Ohio 44087 | $  1,000.00 |
| Diversified Consultants, Inc.<br>10550 Deerwood Park Blvd, Suite 309<br>Jacksonville, FL 32256<br>Account # 232046524396<br>Agency File # 35797812 | $     632.84 |
| Louis Mark DeAngelis<br>% Ira Piltz<br>8170 McCormick Boulevard, Suite 116<br>Skokie, IL 60076 | $ 40,000.00 |
| Ira Piltz<br>Attorney at Law<br>8170 McCormick Boulevard, Suite 116<br>Skokie, IL 60076 | $ 12,000.00 |

13 of 15

| In Re Albert M. Rossini, | |
|---|---|
| Aubrey Powell<br>19500 Oakwood Avenue<br>Lynwood, IL 60411 | $ 30,000.00 |
| Teresa Garvin<br>150 Rainbow Road<br>Barrington, IL 60010 | $130,000.00 |
| Alfonzo Valfovinos<br>3243 South Harlem Ave<br>Berwyn, IL 60402 | $ 15,000.00 |
| CoStar Realty Information Inc.<br>% Receivables Control Corp.<br>7373 Kirkwood Court, Suite 200<br>Minneapolis, MN 55369 | $ 19,019.86 |
| First American Bank<br>% Crowley & Lamb<br>350 North LaSalle Street, Suite 900<br>Chicago, IL 60654 | $ 20,000.00 |
| Xerox Capital Services, LLC<br>1301 Ridgeview Drive, Suite 300<br>Lewisville, TX 75057 | $ 25,000.00 |
| 184 Property LLC<br>% Chenoweth Law<br>645 North Kingsbury 2408<br>Chicago, IL 60654 | $150,000.00 |
| Public Storage 25518<br>6460 North Lincoln Ave<br>Lincolnwood, IL 60712-4038 | $     628.20 |
| Felicia Finkleman<br>3039 Hartzell<br>Wilmette, IL 60091 | $   2,250.00 |
| Richard Espe<br>3039 Hartzell<br>Wilmette, IL 60091 | $ 40,000.00 |

14 of 15

| | |
|---|---|
| Withnell Motor Company<br>P.O. Box 3080<br>Salem, Oregon 97302 | $    1,676.20 |
| Harris, N.A.<br>% Jay K. Levy & Associates<br>155 Revere Drive, Suite 2<br>Northbrook, IL 60062 | $    6,950.93 |
| FireClean<br>1300 Touhy Ave<br>Elk Grove, IL 60007 | $  10,721.00 |
| Kim's Pest Control<br>4113 West Lawrence Ave<br>Chicago, IL 60630 | $    7,500.00 |
| Carson's-Comenity<br>P.O. Box 659813<br>San Antonio, TX 78265-9113 | $       275.34 |
| Sarju Nair<br>Vogue Cleaners<br>2701 West Touhy<br>Chicago, IL 60645 | $150,000.00 |
| Mohammed I. Haque<br>4403 West Greenleaf<br>Lincolnwood, IL 60712 | $  85,000.00 |

15 of 15

**Fill in this information to identify your case:**

| Debtor | ALBERT | MICHAEL | ROSSINI |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN District of Illinois

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name Public Storage 25518<br>Number Street 6460 N. Lincoln Ave<br>City Lincolnwood, IL State ZIP Code 60712-4038 | Storage of furniture books, clothes, personal belongings |
| 2.2 | Name Devon Prosel Realty Group<br>Number Street 3924 West Devon Ave #202<br>City Lincolnwood, IL State ZIP Code 60712 | Lease of office space where I store files for my court cases, etc. |
| 2.3 | Name AT&T Cellular Service<br>Number Street P.O. Box 769<br>City Arlington, Texas State ZIP Code 76004 | Account #28978 2016 Cellular Service Contract |
| 2.4 | Name Liam Ben David no Sheryl Fyock<br>Number Street 55 West Monroe #1100<br>City Chicago, IL State ZIP Code 60603 | Mortgage secured by 3 multi unit properties and vacant land |
| 2.5 | Name _____<br>Number Street _____<br>City _____ State ZIP Code _____ | |

Official Form 106G                Schedule G: Executory Contracts and Unexpired Leases                page 1 of ___

Fill in this information to identify your case:

Debtor 1 _ALBERT_ _MICHAEL_ _ROSSINI_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _NORTHERN_ District of _ILLINOIS_
(State)

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

   ☒ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                    State            ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   **Column 1:** Your codebtor

   **Column 2:** The creditor to whom you owe the debt

   Check all schedules that apply:

   **3.1** _____
   Name

   _____
   Number        Street

   _____
   City                    State            ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.2** _____
   Name

   _____
   Number        Street

   _____
   City                    State            ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.3** _____
   Name

   _____
   Number        Street

   _____
   City                    State            ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

Debtor 1 _____
　　　　　First Name　　　Middle Name　　　Last Name

Case number (if known)_____

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

Check all schedules that apply:

**3._**

Name _____

Number　　　Street

City　　　　　　　State　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number　　　Street

City　　　　　　　State　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number　　　Street

City　　　　　　　State　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number　　　Street

City　　　　　　　State　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number　　　Street

City　　　　　　　State　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number　　　Street

City　　　　　　　State　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number　　　Street

City　　　　　　　State　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name _____

Number　　　Street

City　　　　　　　State　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1 _ALBERT___MICHAEL___ROSSINI_
First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _NORTHERN_ District of _ILLINOIS_

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

**Employment status**

Debtor 1: ☒ Employed  ☐ Not employed

Debtor 2 or non-filing spouse: ☐ Employed  ☐ Not employed

**Occupation** _RESTAURANTEUR_

**Employer's name** _AFT JPS_ _JORGE L. PEREZ ENT / DBA_ _BLACK DUCK_

**Employer's address** _2719 W. ALGONQUIN RD_
Number   Street
_A_

_ALGONQUIN, IL_
City   State   ZIP Code

**How long employed there?** _1 MONTH_

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 5,000 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. | + $_____ | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 5,000 | $_____ |

Debtor 1   *ALBERT   MICHAEL   ROSSINI*
First Name   Middle Name   Last Name

Case number *(if known)*_____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here............................................................→ 4. | $ *5,000* | $_____ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $_____ | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $_____ | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
| 5e. Insurance | 5e. | $_____ | $_____ |
| 5f. Domestic support obligations | 5f. | $_____ | $_____ |
| 5g. Union dues | 5g. | $_____ | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | + $_____ | + $_____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $_____ | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ *5,000* | $_____ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $_____ | $_____ |
| 8b. Interest and dividends | 8b. | $_____ | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____ | $_____ |
| 8d. Unemployment compensation | 8d. | $_____ | $_____ |
| 8e. Social Security | 8e. | $ *1664* | $ *1118* |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $_____ | $_____ |
| 8g. Pension or retirement income | 8g. | $_____ | $_____ |
| 8h. Other monthly income. Specify: _____ | 8h. | + $_____ | + $_____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ *1,664* | $ *1118* |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ *6,664* + | $ *1118* = | $ *7782* |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____   11. + $_____

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12. $ *7782*

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: *Income from Restaurant plus lawsuits against law firm & Ocwen*

**Fill in this information to identify your case:**

Debtor 1   ALBERT   MICHAEL   ROSSINI
           First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS

Case number
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☒ No.  Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | WIFE | 68 | ☐ No  ☒ Yes |
   | SON | 26 | ☒ No  ☐ Yes |
   | _____ | ____ | ☐ No  ☐ Yes |
   | _____ | ____ | ☐ No  ☐ Yes |
   | _____ | ____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 1850

   If not included in line 4:

   4a. Real estate taxes   4a. $_____
   4b. Property, homeowner's, or renter's insurance   4b. $_____
   4c. Home maintenance, repair, and upkeep expenses   4c. $_____
   4d. Homeowner's association or condominium dues   4d. $_____

Debtor 1  ALBERT  MICHAEL  ROSSINI                    Case number (if known)_____
          First Name    Middle Name    Last Name

|  | | **Your expenses** |
|---|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $_____

6. **Utilities:**
   6a.  Electricity, heat, natural gas    6a. $_____
   6b.  Water, sewer, garbage collection    6b. $_____
   6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. $____350_____
   6d.  Other. Specify: _____    6d. $_____

7. **Food and housekeeping supplies**    7. $_____

8. **Childcare and children's education costs**    8. $_____

9. **Clothing, laundry, and dry cleaning**    9. $____100_____

10. **Personal care products and services**    10. $_____50_____

11. **Medical and dental expenses**    11. $_____50_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12. $____100_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $_____

14. **Charitable contributions and religious donations**    14. $_____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance    15a. $____100_____
    15b.  Health insurance    15b. $_____
    15c.  Vehicle insurance    15c. $____140_____
    15d.  Other insurance. Specify: _____    15d. $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. $_____

17. **Installment or lease payments:**
    17a.  Car payments for Vehicle 1    17a. $_____
    17b.  Car payments for Vehicle 2    17b. $_____
    17c.  Other. Specify: _____    17c. $_____
    17d.  Other. Specify: _____    17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $_____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____    19. $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    20a.  Mortgages on other property    20a. $_____
    20b.  Real estate taxes    20b. $_____
    20c.  Property, homeowner's, or renter's insurance    20c. $_____
    20d.  Maintenance, repair, and upkeep expenses    20d. $_____
    20e.  Homeowner's association or condominium dues    20e. $_____

Debtor 1    *ALBERT  Michael  ROSSINI*
    First Name    Middle Name    Last Name           Case number *(if known)*_____

| | | | |
|---|---|---|---|
| 21. | **Other**. Specify: *OFFICE RENT* | 21. | +$ 300 |

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                               22a.  $ 3,040

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.  $ 0

    22c. Add line 22a and 22b. The result is your monthly expenses.          22c.  $ 3,040

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*          23a.  $ 7782

    23b. Copy your monthly expenses from line 22c above.              23b. −$ 3040

    23c. Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*                   23c.  $ 4742

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

  ☑ No.
  ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1    ALBERT    MICHAEL    ROSSINI
          First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS

Case number
(If known)   _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ *Albert Michael Rossini*          ✗ _____
Signature of Debtor 1                        Signature of Debtor 2

Date 08/29/2016                              Date _____
     MM / DD / YYYY                              MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1    ALBERT    MICHAEL    ROSSINI
_____    _____    _____
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    _____    _____    _____
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 928 ELM STREET | From 10/2007 | | From _____ |
| Number   Street | To 1/2015 | Number   Street | To _____ |
| #2 | | | |
| WINNETKA, IL 60093 | | | |
| City   State   ZIP Code | | City   State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From | | From _____ |
| Number   Street | To | Number   Street | To _____ |
| | | | |
| City   State   ZIP Code | | City   State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:    Explain the Sources of Your Income

Debtor 1    _ALBERT   MICHAEL   ROSSINI_
         First Name        Middle Name           Last Name

Case number (if known)_____

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _5,000_ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| For last calendar year:<br>(January 1 to December 31, _2015_)<br>                              YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ _75,000_ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| For the calendar year before that:<br>(January 1 to December 31, _2014_)<br>                              YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ _120,000_ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | _Social Sec_<br>_Employment_ | $ _13,312_<br>$ _5,000_<br>$ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| For last calendar year:<br>(January 1 to December 31, _2015_)<br>                              YYYY | _Social Sec_<br>_Business_ | $ _14,968_<br>$ _75,000_<br>$ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| For the calendar year before that:<br>(January 1 to December 31 _2014_)<br>                              YYYY | _Social Sec_<br>_Business_ | $ _6,656_<br>$ _14,968_<br>$ _120,000_ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

Debtor 1    _Albert Michael Rossini_

First Name    Middle Name    Last Name

Case number (if known)_____

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for |
|---|---|---|---|---|
| Creditor's Name _____ <br><br> Number  Street _____ <br><br> _____ <br> City      State      ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | $_____ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| Creditor's Name _____ <br><br> Number  Street _____ <br><br> _____ <br> City      State      ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | $_____ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| Creditor's Name _____ <br><br> Number  Street _____ <br><br> _____ <br> City      State      ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | $_____ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

---

Debtor 1    *ALBERT Michael ROSSINI*    Case number (if known)_____

First Name    Middle Name    Last Name

---

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☒ No
    ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number   Street _____ | _____ | | | |
| _____ | _____ | | | |
| City        State   ZIP Code _____ | | | | |
| Insider's Name _____ | | $_____ | $_____ | |
| Number   Street _____ | | | | |
| _____ | | | | |
| City        State   ZIP Code _____ | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☒ No
    ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number   Street _____ | _____ | | | |
| _____ | _____ | | | |
| City        State   ZIP Code _____ | | | | |
| Insider's Name _____ | | $_____ | $_____ | |
| Number   Street _____ | | | | |
| _____ | | | | |
| City        State   ZIP Code _____ | | | | |

---

Debtor 1    _ALBERT   MICHAEL   ROSSINI_    Case number (if known) _____
         First Name    Middle Name    Last Name

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _UNITED STATES_ _v. ROSSINI et al_ <br> Case number _15-1-515_ | _CRIMINAL_ | Court Name _US DISTRICT CT_ <br> Number Street _219 S. Dearborn_ <br> City _Chicago, Il_ State ZIP Code _60604_ | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title _STATE OF_ _ILLINOIS V. ROSSINI_ <br> Case number | _Criminal_ | Court Name _Cook County Criminal_ _Court_ <br> Number Street _2600 S. California_ <br> City _Chicago, IL_ State ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☒ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _ALLY FINANCIAL_ <br> Creditor's Name <br> _P.O. BOX   38091_ <br> Number Street <br><br> _Bloomington MN 55438_ <br> City State ZIP Code | _2012 Jeep Liberty_ <br><br> **Explain what happened** <br> ☒ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _6/2015_ | $ _15,000_ |
| _Imperial Motors_ <br> Creditor's Name <br> _150 Skokie Hwy_ <br> Number Street <br><br> _Lake Bluff IL 60044_ <br> City State ZIP Code | _Property was seized for_ _use of payment of_ _Jaguar 2005 - Criminal_ <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☒ Property was attached, seized, or levied. | _11/2015_ | $ _20,000_ |

---

Debtor 1    *ALBERT Michael ROSINI*
    First Name    Middle Name    Last Name    Case number *(if known)* _____

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☐ No
☒ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| *INTERNAL REVENUE* <br> Creditor's Name <br> *FEDERAL PAYMENT lexy* <br> Number    Street <br> *Program STOP 626* <br> *P.O. BOX 57* <br> *Bensalem, PA 19020* <br> City    State    ZIP Code | *garnished 249.99 monthly from my social security check* | *6/2015 through date* | $ *249.99 monthly* |

Last 4 digits of account number: XXXX–___ ___ ___ ___

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☒ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift <br> Number    Street <br> City    State    ZIP Code <br> Person's relationship to you _____ | | _____ <br> _____ | $_____ <br> $_____ |
| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
| Person to Whom You Gave the Gift <br> Number    Street <br> City    State    ZIP Code <br> Person's relationship to you _____ | | _____ <br> _____ | $_____ <br> $_____ |

Debtor 1  _Albert Michael Rossini_____    Case number (if known)_____
          First Name    Middle Name    Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name _____ |  | _____ | $_____ |
|  |  | _____ | $_____ |
| Number    Street _____ |  |  |  |
| City    State    ZIP Code _____ |  |  |  |

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
|  |  | _____ | $_____ |

## Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid _____ |  | _____ | $_____ |
| Number    Street _____ |  | _____ | $_____ |
| _____ |  |  |  |
| City    State    ZIP Code _____ |  |  |  |
| Email or website address _____ |  |  |  |
| Person Who Made the Payment, if Not You _____ |  |  |  |

Debtor 1    ALBERT Michael Rossini

First Name    Middle Name    Last Name

Case number (if known)_____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City    State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 8

Debtor 1    *ALBERT MICHAEL ROSSINI*    Case number *(if known)*_____

First Name    Middle Name    Last Name

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you
are a beneficiary? (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust _____ | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| | | ___ ___ |

_____

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit,
closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions,
brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | _____ | $_____ |
| Number   Street _____ | | | | |
| City   State   ZIP Code | | | | |
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Number   Street _____ | | | | |
| City   State   ZIP Code | | | | |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for
securities, cash, or other valuables?

☐ No
☒ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| *JP MORGAN CHASE*<br>Name of Financial Institution<br>*800 ELM*<br>Number   Street<br>*Winnetka, IL 60093*<br>City   State   ZIP Code | *BRENDA ROSSINI*<br>Name<br>_____<br>Number   Street<br>_____<br>City   State   ZIP Code | *Documents* | ☐ No<br>☒ Yes |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 9

Debtor 1 _Albert Michael Rossini_

First Name   Middle Name   Last Name

Case number (if known)_____

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No

☒ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _Public Storage_<br>Name of Storage Facility<br>_6460 N. Lincoln_<br>Number   Street<br><br>_Lincolnwood, Il 60712_<br>City   State   ZIP Code | _Brenda Rossini_<br>Name<br><br>Number   Street<br><br>City   State   ZIP Code | _Furniture, Books,_<br>_Clothes, collectibles_ | ☐ No<br>☒ Yes |

## Part 9:   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name<br><br>Number   Street<br><br>City   State   ZIP Code | Number   Street<br><br>City   State   ZIP Code | | $_____ |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br><br>Number   Street<br><br>City   State   ZIP Code | Governmental unit<br><br>Number   Street<br><br>City   State   ZIP Code | | _____ |

Debtor 1  _Albert Michael Rossini_    Case number (if known) _____
First Name  Middle Name  Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City            State    ZIP Code | City            State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | Number    Street | | ☐ On appeal |
| Case number _____ | City        State    ZIP Code | | ☐ Concluded |

## Part 11:  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☒ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☒ A partner in a partnership
☒ An officer, director, or managing executive of a corporation
☒ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Comprehensive Properties_<br>Business Name | _Real Estate_ | EIN: _45-5179909_ |
| _3924 W. Devon_<br>Number    Street | | |
| _#200_ | Name of accountant or bookkeeper | Dates business existed |
| _Lincolnwood, Il 60712_<br>City        State    ZIP Code | | From _12/10_ to _Present_ |
| _Devon Street Investments_<br>_Devon Street Realty_<br>Business Name<br>_3924 W. Devon St._<br>Number    Street | Describe the nature of the business<br>_Real Estate  LaSalle Equity_ | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: _47-2357330_ |
| _#200_ | Name of accountant or bookkeeper | Dates business existed |
| _Lincolnwood, Il 60712_<br>City        State    ZIP Code | | From _8/14_ to _present_ |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 11

Debtor 1   *Albert Michael Rossini*
First Name   Middle Name   Last Name

Case number (if known) _____

*Rockford Commercial*
Business Name
*Mortgage Co Ltd*
*3924 w. Devon*
Number   Street

*#200*

*Lincolnwood, IL*
City   State   ZIP Code

**Describe the nature of the business**

*Real Estate*

**Name of accountant or bookkeeper**

**Employer identification number**
Do not include Social Security number or ITIN.

EIN: __ __ - __ __ __ __ __ __ __

**Dates business existed**

From _____ To _____

---

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☒ Yes. Fill in the details below.

**Date issued**

*Seiden Netzky Law*   *09/15/2014*
Name   MM / DD / YYYY
*333 S. Wabash Ave*
Number   Street
*#2700*
*Chicago IL 60604*
City   State   ZIP Code

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Albert Michael Rossini*   ✗ _____
Signature of Debtor 1   Signature of Debtor 2

Date *8/29/16*   Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

IN RE ALBERT MICHAEL ROSSINI
CHAPTER 11

CASE NO:_____

These are the court cases in which Debtor is a defendant or plaintiff

I am under Federal indictment in United States v. Rossini, 15 CR 515-1

My corporation, Devon Street Investments, Ltd. is a plaintiff in
Devon Street Investments v. Thomas Murphy, Chancery Court Case in Cook County

Devon Street and Craig Shaffer v. ICG Properties, Alex Mysko, et al, 2015 CH 03141

Civil Court Cases:

Aljo II LLC & Nina Jozers v. Comprehensive Properties, Hoya Properties, Madison
Mercantile Corp and Albert Rossini
Case Number 2013 L 004128

Robert Badalian et al v. Thomas W. Murphy and Albert Rossini
Case Number 2013 L 013464

Kiet Dang & Huong Ngo v. Devon Street Investments and Albert Rossini
Case Number 2014 L 005759

Louis Mark DeAngelis v. Devon Street Realty, Ltd. (Albert Rossini) and Gregory
Powell
Case Number 2014 CH 13339

Doris Kling v. Albert Rossini
Case Number 2012 L 007686

184 Property LLC v. Devon Street Realty, Ltd. (Albert Rossini)
Case Number 2014 L 007353

Gerald Wesolowki Jr. v. Comprehensive Properties (Albert Rossini)
Case Number  2012 L 000453

2934 West Grand Ave Currency Exchange v. Madison Mercantile & Albert Rossini
Case Number 2011 L 013703